IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ANTONIO HARDY, #186 522 | * | |
| Petitioner, | * | |
| v. | * | 2:11-CV-647-TMH (WO) |
| WARDEN LEEPOSEY DANIELS, *et al.*, | * | |
| Respondents. | * | |

_____

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #4) of the Magistrate Judge is ADOPTED and this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this 16th day of September, 2011.

/s/ Truman M. Hobbs
_____
UNITED STATES DISTRICT JUDGE